No. 74–390. LAVINE, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES *v.* BOINES BY GAINES. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari

denied.